IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CV-345-FL

| | |
|---|---|
| JEAN J. GELIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| N-ABLE TECHNOLOGIES, INC. f/k/a ) | |
| Solarwinds, MSP, a Delaware corporation, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court upon defendant's motion for summary judgment (DE 29) and plaintiff's motion to strike (DE 33). Where plaintiff's motion is premised incorrectly upon the untimeliness of defendant's motion, which was filed in accordance with the court's June 13, 2023 order, plaintiff's motion is DENIED.

In accordance with the magistrate judge's order entered October 27, 2023, deadlines for extended limited discovery and briefing on defendant's motion for summary judgment, are as follows:

> 1. The discovery deadline is extended, for the limited purposes of allowing plaintiff to conduct the two witness depositions referenced in [her] brief (see [DE-25] at 2) until Nov. 17, 2023. No other discovery is permitted during this time.
>
> 2. The dispositive motions deadline is extended until Dec. 6, 2023.
>
> 3. As defendant filed a motion for summary judgment on October 10, 2023 [DE-29], the court grants defendant leave to amend its motion for summary judgment up until the new dispositive motions deadline of Dec. 6, 2023.
>
> 4. The deadline for plaintiff's responsive pleading to defendant's motion for summary judgment [DE-29] or any amended motion for summary judgment is until the earlier of 21 days after the filing of defendant's amended motion for summary judgment or Dec. 27, 2023.

All portions of the case management order entered on November 1, 2022 [DE-16] and the amended case management order [DE-23] entered on June 13, 2023, not modified herein remain in place.

(Oct. 27, 2023, Order (DE 34) at 3).

SO ORDERED, this the 7th day of November, 2023.

                                                    LOUISE W. FLANAGAN  
                                                    United States District Judge