UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JEAN J. GELIN ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 5:22-CV-345-FL |
| N-ABLE TECHNOLOGIES, INC., ) | |
| f/k/a Solarwinds, MSP, a Delaware ) | |
| corporation ) | |
|       Defendant ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 23, 2024 and for the reasons set forth more specifically therein, it is ordered that defendant's motion for summary judgment is GRANTED.

**This judgment Filed and Entered on April 23, 2024, and Copies To:**
Faith R. Fox / Michael Mann (via CM/ECF Notice of Electronic Filing)
Jesse A. Schaefer / Theresa Marie Sprain (via CM/ECF Notice of Electronic Filing)

April 23, 2024              PETER A. MOORE, JR., CLERK

                                    /s/ Sandra K. Collins
                                  (By) Sandra K. Collins, Deputy Clerk